**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**L.A.A.S.E, INC.,**                                              Case No. _____

       Plaintiff,

v.

**DUETTI, INC., and SHABAZZ PBG,**

       Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

**To:** Duetti, Inc., a Delaware corporation authorized to transact business in Florida, by service on its Florida registered agent:

       CT Corporation System
       1200 South Pine Island Road
       Plantation, Florida 33324

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Adam B. Kenner, Esq.
       KENNER & IMPARATO, PLLC
       888 E. Las Olas Blvd., Suite 601
       Ft. Lauderdale, Florida 33301
       Telephone: (954) 400-1475
       Email: adam@ki-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                    CLERK OF COURT


                                                        _____